# Gilpin, Appellant, *v.* McConnell et al.

*Appeals—Interlocutory decree—Equity—Amendment of bill.*

A decree that unless plaintiff amends his bill within thirty days it will be dismissed is interlocutory, and if no final decree has been made dismissing the bill, the appeal from the interlocutory decree will be quashed.

Argued September 30, 1920.  Appeal, No. 81, Oct. T., 1920, by plaintiff, from decree of C. P. Armstrong Co., Dec. T., 1919, No. 76, on bill in equity in case of Oliver W. Gilpin v. Elizabeth McConnell et al.  Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ.  Appeal quashed.

Bill in equity for partition.  Before KING, P. J.

The opinion of the Supreme Court states the case.

The court below entered a decree as follows:

"And now after hearing and arguing......the bill filed at the above number, to wit: No. 76, Dec. T., 1919, will be dismissed unless, within thirty days from the date hereof, plaintiff shall make application, pursuant to Equity Rule 38, to amend his said bill, so as to include and embrace all of the real estate held in common by the parties to said bill."

Plaintiff appealed.

*Error assigned* was decree, quoting it.

*C. L. Wallace* and *Orr Buffington,* for appellant.

*J. Frank Graff, Jr.,* with him *R. L. Ralston* and *W. L. McConegly,* for appellee.

PER CURIAM, December 31, 1920:

This appeal is from a decree that unless the appellant amended his bill within thirty days from the date of the decree it would be dismissed.  This was interlocutory, and, as no final decree has been made dismissing the bill, the appeal is quashed, at appellant's costs.